___ FILED           ___ RECEIVED
___ ENTERED         ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

MAR - 1 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:07-cr-057-RCJ-PAL |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| JERROD CAMPBELL, | ) | |
| Defendant. | ) | |

Currently before the Court is an Emergency Motion to Temporarily Release Inmate From Federal Custody (#51) filed by Defendant Jerrod Campbell ("Defendant") on February 25, 2011. The United States of America ("United States") has filed an Opposition (#52) to the motion.

On January 21, 2011, this Court revoked Defendant's supervised release after Defendant admitted to violating the terms of his supervised release by using cocaine. Defendant was sentenced to three months imprisonment. Defendant was permitted to self-surrender on February 7, 2011. Defendant has been in federal custody serving his prison term since that date.

Defendant moved the Court for a temporary release from federal custody to attend the funeral of his 15 year-old son which is scheduled for March 5, 2011. Although the Court is sympathetic to Defendant's request, it must deny the motion.

Under 18 U.S.C. § 3622: "The BOP may release a prisoner from the place of his imprisonment for a limited period if such release appears consistent with the purpose for which the sentence was imposed . . . and otherwise appears to be consistent with the public interest and if there is reasonable cause to believe that a prisoner will honor the trust to be imposed in him, by authorizing him, under prescribed conditions, to - . . . (a)(2) attend the funeral of a relative."

1 This provision provides that once a defendant is sentenced, decisions regarding furloughs are left
2 to the discretion of the Bureau of Prisons.
3     Thus, because it is left to the discretion of the Bureau of Prisons as to whether to
4 temporarily release a defendant in this type of circumstance, this Court must deny Defendant's
5 Motion (#51).
6     Dated: This 1st day of March, 2011.

                                        /s/ R. Jones

                              UNITED STATES DISTRICT JUDGE