FILED ✓ / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

MAR - 3 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERROD CAMPBELL,<br><br>Defendant. | Case No. 2:07-cr-057-RCJ-PAL<br><br>**ORDER** |

Currently before the Court is an Emergency Motion to Reconsider Denial of Motion for Temporary Release from Federal Custody (#54).

On January 21, 2011, this Court revoked Defendant's supervised release after Defendant admitted to violating the terms of his supervised release by using cocaine. Defendant was sentenced to three months imprisonment. Defendant was permitted to self-surrender on February 7, 2011. Defendant has been in federal custody serving his prison term since that date.

Defendant moved the Court for a temporary release from federal custody to attend the funeral of his 15 year-old son which is scheduled for March 5, 2011. The Court initially denied this request.

Now, upon reconsideration, the Court GRANTS the Emergency Motion to Reconsider (#54).

IT IS HEREBY ORDERED that Defendant, Jerrod Campbell, be released from custody in time for him to travel to Harrison-Ross Mortuary, 738 Highland Ave., San Bernardino, California 92404, in order to attend his son's funeral on March 5, 2011, and that he return by or before 2:00 p.m. on Monday, March 7, 2011.

1  Dated: This 3rd day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE

2